**MEDICAL CENTER OF
INDEPENDENCE,
Respondent,**

v.

**Elwyn L. CADY, Jr., Personal
Representative, Estate of Jane
Elliot Cady, Appellant.**

**No. WD 44851.**

Missouri Court of Appeals,
Western District.

March 3, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
April 28, 1992.

Application to Transfer Denied
June 2, 1992.

Elwyn L. Cady, pro se.

Juliann W. Graves, Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

## ORDER

PER CURIAM.

Appeal from order allowing claim against estate.

Judgment affirmed.   Rule 84.16(b).